**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAY 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | Nos. 25-3030, 25-3293 <br><br> D.C. No. 3:25-cv-03698-SI <br> Northern District of California, San Francisco <br><br> ORDER |
| IN RE DONALD J. TRUMP. <br> ——————————————— <br> DONALD J. TRUMP; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br> Respondent, <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Real Parties in Interest. | No. 25-3034 <br><br> D.C. No. 3:25-cv-3698 <br> Northern District of California, San Francisco |

2

The response to the supplemental emergency motion is due by 10:00 a.m. Pacific Time on May 27, 2025. The optional reply is due by 10:00 a.m. Pacific Time on May 29, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT