Nos. 25-3030, 25-3034, 25-3293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Federation of Government Employees, AFL-CIO, *et al.*,<br><br>    *Plaintiffs-Appellees*,<br><br>  v.<br><br>Donald J. Trump, *in his official capacity as President of the United States*, *et al.*,<br><br>    *Defendants-Appellants*. | Nos. 25-3030, 25-3293<br><br>On Appeal from the U.S. District Court for the Northern District of California<br><br>D.C. No. 3:25-cv-03698-SI |
| *In re* Donald J. Trump, *in his official capacity as President of the United States, et al.*,<br><br>    *Petitioners-Defendants*. | No. 25-3034<br><br>On Petition for Writ of Mandamus to the U.S. District Court for the Northern District of California<br><br>D.C. No. 3:25-cv-03698-SI |

**PLAINTIFFS/APPELLEES' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT**

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090
egoldstein@democracyforward.org
sperryman@democracyforward.org

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
dleonard@altber.com

*Attorneys for Plaintiffs-Appellees/Real Parties in Interest\**
*\*Additional counsel and affiliations on signature pages*

**UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT**

Plaintiffs-Appellees/Real Parties in Interest American Federation of Government Employees et al. ("Plaintiffs") hereby move the Court for permission to exceed the word limit applicable under Federal Rule of Appellate Procedure 27 and Ninth Circuit Rules 27-1(1)(d), 32-2, and 32-3 for their response to Defendants-Appellants' pending Emergency Motion under Circuit Rule 27-3 for Stay Pending Appeal/Petition for Writ of Mandamus. As set forth in the accompanying declaration of Stacey M. Leyton, this motion is based on a showing of diligence and compelling need.

The following facts demonstrate good cause for granting Plaintiffs' motion:

1. This case challenges an Executive Order requiring dramatic changes to the agencies of the federal government, which Plaintiffs contend is unconstitutional and ultra vires, and to implementing agency directives and actions that Plaintiffs contend violate the Administrative Procedure Act. Leyton Decl. ¶2.

2. The District Court entered a preliminary injunction on the evening of Thursday, May 22, following a hearing earlier that day. The preliminary injunction enjoins further agency action implementing the challenged Executive Order. Leyton Decl. ¶3.

3. On Friday, May 23, Defendants-Appellants Donald J. Trump et al. ("Defendants") filed a notice of appeal from that preliminary injunction order and an emergency motion for a stay pending appeal. That appeal was given Ninth Circuit Case No. 25-3293. Defendants had previously filed appeals from the District Court's temporary restraining order and related discovery orders, Ninth

-1-

Circuit Case Nos. 25-3030 and 25-3034. Leyton Decl. ¶4. Defendants therefore styled their new motion to stay the preliminary injunction as a "supplemental motion."

4. On Saturday, May 24, at 1:07 p.m., this Court entered an order requiring a response to the emergency motion to be filed by 10:00 a.m. on Tuesday, May 27. Plaintiffs have worked diligently to prepare their response over the holiday weekend. Leyton Decl. ¶7.

5. This case involves an extensive factual record of more than 1,500 pages of evidence presented in the District Court. It raises complex constitutional and statutory issues concerning the separation of powers between the executive and legislative branches, as well as significant issues under the Administrative Procedure Act, challenges to the federal courts' jurisdiction, and challenges to the scope of the injunction. The issues raised are of enormous importance to the public. Defendants have presented their motion largely as a challenge to the merits and jurisdiction, urging that those issues be litigated on an emergency schedule. Leyton Decl. ¶8.

6. Plaintiffs have diligently attempted to streamline their response to the numerous issues raised by Defendants' emergency motion, but believe that additional words are needed to enable Plaintiffs to fully address the issues and arguments raised by Defendants, which in turn will assist this Court in ruling on this emergency motion. Leyton Decl. ¶9. The many Plaintiffs, which include separately represented parties, also have been diligently working to submit a single joint brief in response to Defendants' motion. *Id.* ¶7.

7. The applicable word limit under Ninth Circuit Rules 27-1(1)(d) and 32-3, plus Rule 32-2 governing joint briefs filed by separately represented parties, would be 7,000 words. For the foregoing reasons, Plaintiffs respectfully request an additional 2000 words to allow Plaintiffs to provide a full and complete response to Defendants' emergency motion. Without being permitted to submit a response of 9000 words, Plaintiffs will be unable to adequately respond to Defendants' emergency motion. Leyton Decl. ¶9.

For these reasons, Plaintiffs respectfully request the Court's permission to file a response of 9000 words. Counsel for Defendants take no position on the motion.

DATED: May 27, 2025             Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Alice X. Wang
Robin S. Tholin
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151

By: */s/ Stacey M. Leyton*

*Attorneys for Plaintiff-Appellee Organizations[1]*

---

[1] Plaintiff-Appellee Organizations are the American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO; Service Employees International Union,

-3-

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

By: */s/ Elena Goldstein*

*Attorneys for Plaintiff-Appellee Organizations (except NRDC) and for City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
Erica J. Newland
Jacek Pruski
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel.: (202) 579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

---

AFL-CIO (SEIU); AFGE Local 1122; AFGE Local 1236; AFGE Local 2110; AFGE Local 3172; SEIU Local 521; SEIU Local 1000; SEIU Local 1021; Alliance of Retired Americans; American Geophysical Union; American Public Health Association; Center for Taxpayer Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main Street Alliance; Natural Resources Defense Council, Inc. (NRDC); Northeast Organic Farming Association, Inc; VoteVets Action Fund Inc.; and Western Watersheds Project.

-4-

*Attorneys for Plaintiff-Appellee Organizations (except NRDC)*

Norman L. Eisen
Spencer W. Klein
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel.: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

*Attorneys for Plaintiff-Appellee Organizations (except NRDC)*

Rushab Sanghvi
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Tel.: (202) 639-6426
Sanghr@afge.org

*Attorney for Plaintiff-Appellee American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson
Matthew Blumin
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel.: (202) 775-5900
Tpaterson@afscme.org
Mblumin@afscme.org

-5-

*Attorneys for Plaintiff-Appellee American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 730-7428
steven.ury@seiu.org

*Attorney for Plaintiff-Appellee Service Employees International Union, AFL-CIO (SEIU)*

David Chiu
City Attorney
Yvonne R. Meré
Chief Deputy City Attorney
Mollie M. Lee
Chief of Strategic Advocacy
Sara J. Eisenberg
Chief of Complex and Affirmative Litigation
Molly J. Alarcon
Alexander J. Holtzman
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff-Appellee City and County of San Francisco*

Tony LoPresti
COUNTY COUNSEL

Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra
Hannah M. Godbey
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel.: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff-Appellee County of Santa Clara, Calif.*

David J. Hackett
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
Tel.: (206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

*Attorneys for Plaintiff-Appellee Martin Luther King, Jr. County (King County)*

Sharanya Mohan

-7-

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel.: (510) 738-6788
sai@publicrightsproject.org

*Attorney for Plaintiffs-Appellees Baltimore, MD; Chicago, IL; Harris County, TX; and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne
Deputy County Attorney and First Assistant
Tiffany Bingham
Managing Counsel
Sarah Utley
Division Director – Environmental Division
Bethany Dwyer
Deputy Division Director – Environmental Division
R. Chan Tysor
Senior Assistant County Attorney
Alexandra "Alex" Keiser
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel.: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

*Attorneys for Plaintiff-Appellee Harris County, Texas*

Mary B. Richardson-Lowry,

-8-

Corporation Counsel of the City of Chicago
Stephen J. Kane
Rebecca A. Hirsch
Lucy Prather
City of Chicago Department of Law,
Affirmative Litigation Division
121 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel.: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

*Attorneys for Plaintiff-Appellee City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel.: (410) 396-3947
sara.gross@baltimorecity.gov

*Attorneys for Plaintiff-Appellee City of Baltimore*

-9-

## FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(f), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: May 27, 2025                    */s/ Stacey M. Leyton*
                                       Stacey M. Leyton