No. 25-3293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

American Federation of Government Employees, AFL-CIO, et al.
*Plaintiffs-Appellees*,

v.

Donald J. Trump, in his official capacity as President of the United States, et al.
*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
No. 3:25-cv-03698-SI
The Honorable Judge Susan Illston

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Current Answering Brief Deadline: **July 18, 2025**

| | |
|---|---|
| Elena Goldstein | Stacey M. Leyton |
| Skye Perryman | Barbara J. Chisholm |
| Tsuki Hoshijima | Danielle E. Leonard |
| DEMOCRACY FORWARD | Corinne F. Johnson |
| FOUNDATION | Alice X. Wang |
| P.O. Box 34553 | Robin S. Tholin |
| Washington, D.C. 20043 | ALTSHULER BERZON LLP |
| Tel.: (202) 448-9090 | 177 Post St., Suite 300 |
| egoldstein@democracyforward.org | San Francisco, CA 94108 |
| | Tel.: (415) 421-7151 |
| | sleyton@altber.com |

*Attorneys for Plaintiffs-Appellees\**
*\*Additional counsel and affiliations on signature pages*

Plaintiffs-Appellees hereby request, and Defendants-Appellants do not oppose, a two-week extension of time to file the Answering Brief in this Court.

On May 23, 2025, Defendants filed this appeal of the district court's May 22 Order Granting Preliminary Injunction. This Court issued a Preliminary Injunction Time Schedule Notice, Dkt No. 2.1, setting the Opening Brief deadline for June 20, 2025, the Answering Brief deadline for July 18, 2025, and the optional Reply Brief deadline 21 days after the filing of the Answering Brief. *Id.*

Defendants filed an emergency motion for a stay pending appeal, which this Court denied on May 30, 2025. *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, 139 F.4th 1020 (9th Cir. 2025). Defendants then applied to the United States Supreme Court for a stay pending appeal. S. Ct. Case No. 24A1174. While that application was pending, Defendants timely filed their Opening Brief in this preliminary injunction appeal on June 20, 2025. Dkt. 12.1. On July 8, the Supreme Court granted Defendants' application and stayed the district court's injunction pending this appeal and disposition of a timely petition for a writ of certiorari. *Trump v. AFGE*, Case No. 24A1174 (Jul. 8, 2025), at 1.

Plaintiffs-Appellees have not previously requested an extension of time to file this brief, and Plaintiffs' Answering Brief in this preliminary injunction appeal is currently due on July 18, 2025. Dkt. No. 2.1. Plaintiffs now respectfully request a two-week extension to August 1, 2025. Defendants consent to this extension.

Good cause exists for the requested extension to allow Plaintiffs time to address the recent Supreme Court stay order in their pending brief. Moreover, counsel for Plaintiffs who are the principal drafters of this brief have professional and personal commitments that conflict with doing so by the current deadline, including a number of other briefs and appearances; the Ninth Circuit Conference scheduled for July 20-24; and multiple pre-planned, out-of-town vacations with family members that cannot be moved. Decl. of Stacey M. Leyton ("Leyton Decl.") ¶¶ 8-10. The requested extension is necessary to afford Plaintiffs adequate time to respond fully to all issues on appeal and will not prejudice Defendants, because the preliminary injunction that is the subject of this appeal is now stayed. Defendants' optional reply brief is due 21 days after Plaintiffs' Answering Brief is filed. Dkt. No. 2.1; Fed. R. App. P. 31.

For good cause shown, as set forth herein and in the accompanying Leyton Declaration, Plaintiffs respectfully request that the deadline for their Answering Brief be extended from July 18 to August 1, 2025.

DATED: July 11, 2025         Respectfully submitted,

        Stacey M. Leyton
        Barbara J. Chisholm
        Danielle E. Leonard
        Corinne F. Johnson
        Alice X. Wang
        Robin S. Tholin
        ALTSHULER BERZON LLP
        177 Post St., Suite 300

San Francisco, CA 94108
Tel.: (415) 421-7151

By: */s/ Stacey M. Leyton*

*Attorneys for Plaintiff-Appellee Organizations*[1]

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

By: */s/ Elena Goldstein*

*Attorneys for Plaintiff-Appellee Organizations (except NRDC) and for City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

David Chiu
City Attorney
Yvonne R. Meré
Chief Deputy City Attorney
Mollie M. Lee
Chief of Strategic Advocacy

---

[1] Plaintiff-Appellee Organizations are the American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO; Service Employees International Union, AFL-CIO (SEIU); AFGE Local 1122; AFGE Local 1236; AFGE Local 2110; AFGE Local 3172; SEIU Local 521; SEIU Local 1000; SEIU Local 1021; Alliance of Retired Americans; American Geophysical Union; American Public Health Association; Center for Taxpayer Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main Street Alliance; Natural Resources Defense Council, Inc. (NRDC); Northeast Organic Farming Association, Inc; VoteVets Action Fund Inc.; and Western Watersheds Project.

-3-

Sara J. Eisenberg
Chief of Complex and Affirmative Litigation
Molly J. Alarcon
Alexander J. Holtzman
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff-Appellee City and County of San Francisco*

Tony LoPresti
COUNTY COUNSEL
Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra
Hannah M. Godbey
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel.: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff-Appellee County of Santa Clara, Calif.*

-4-

-5-

## FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(f), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: July 11, 2025                 */s/ Stacey M. Leyton*
                                     Stacey M. Leyton