No. 25-3293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

American Federation of Government Employees, AFL-CIO, et al.
*Plaintiffs-Appellees*,

v.

Donald J. Trump, in his official capacity as President of the United States, et al.
*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
No. 3:25-cv-03698-SI
The Honorable Judge Susan Illston

**DECLARATION OF STACEY M. LEYTON IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Current Answering Brief Deadline: **July 18, 2025**

| | |
|---|---|
| Elena Goldstein | Stacey M. Leyton |
| Skye Perryman | Barbara J. Chisholm |
| Tsuki Hoshijima | Danielle E. Leonard |
| DEMOCRACY FORWARD | Corinne F. Johnson |
| FOUNDATION | Alice X. Wang |
| P.O. Box 34553 | Robin S. Tholin |
| Washington, D.C. 20043 | ALTSHULER BERZON LLP |
| Tel.: (202) 448-9090 | 177 Post St., Suite 300 |
| egoldstein@democracyforward.org | San Francisco, CA 94108 |
| | Tel.: (415) 421-7151 |
| | sleyton@altber.com |

*Attorneys for Plaintiffs-Appellees\**
*\* Additional counsel and affiliations on signature pages of motion*

## DECLARATION OF STACEY M. LEYTON

I, Stacey M. Leyton, declare as follows:

1. I am an attorney at Altshuler Berzon, LLP. I represent Plaintiffs-Appellees American Federation of Government Employees et al. ("Plaintiffs"). I am a member in good standing of the bars of the States of California and Washington and this Court. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

2. This appeal arises from the district court's preliminary injunction, which enjoined further implementation of Executive Order 14210 directing all agencies of the federal government to engage in a "transformation" that includes reorganizing the government and conducting "large-scale" reductions-in-force ("RIFs"), and agency actions implementing that Executive Order.

3. Defendants appealed this injunction on May 23, 2025, and filed an emergency motion for a stay pending appeal, which this Court denied on May 30, 2025. Defendants then applied to the United States Supreme Court for a stay pending appeal.

4. On July 8, the Supreme Court granted Defendants' application and stayed the district court's injunction pending this appeal and disposition of a timely petition for a writ of certiorari.

5. Defendants filed their Opening Brief in this preliminary injunction appeal on June 20, 2025, while their Supreme Court stay application was pending.

6. Plaintiffs' Answering Brief in this preliminary injunction appeal is currently due on July 18, 2025.

-1-

7. Plaintiffs' counsel have worked diligently to prepare this Answering Brief. Plaintiffs, which include separately represented parties, are diligently preparing a single consolidated Answering Brief.

8. Due to the need for Plaintiffs to revise this brief to address the recent Supreme Court stay order, and in light of competing professional deadlines and previously scheduled vacations that conflict with fully responding by the current deadline, Plaintiffs respectfully request a two-week extension to August 1, 2025.

9. In addition to other ongoing professional matters in the federal and state courts for which I am lead counsel or otherwise responsible, I have pre-planned, out-of-town vacations with family members that cannot be moved scheduled from July 10 to July 13 and July 25 to August 1.

10. My co-counsel who are participating in drafting this brief similarly have other professional commitments and deadlines, as well as other personal conflicts. My co-counsel Danielle Leonard is currently on a preplanned two-week vacation with family through July 18. My co-counsel Barbara J. Chisholm was out of the country for two weeks beginning June 20 and will be attending the Ninth Circuit Conference from July 20 to 24.

11. On July 9, 2025, I contacted counsel for Defendants and asked whether Defendants would consent to this request for a two-week extension of time for Plaintiffs' Answering Brief. Defendants' counsel responded on July 10, 2025, that they consent to the proposed extension request.

12. The court reporter is not in default with regard to any designated transcripts.

-2-

-3-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of July 2025 in San Francisco, California.

*/s/ Stacey M. Leyton*
Stacey M. Leyton
