No. 25-3293

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

American Federation of Government Employees, AFL-CIO, et al.
*Plaintiffs-Appellees*,

v.

Donald J. Trump, in his official capacity as President of the United States, et al.
*Defendants-Appellants.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
No. 3:25-cv-03698-SI
The Honorable Judge Susan Illston

_____

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Current Answering Brief Deadline: **August 1, 2025**

_____

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090
egoldstein@democracyforward.org

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Alice X. Wang
Robin S. Tholin
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com

*Attorneys for Plaintiffs-Appellees\**
*\*Additional counsel and affiliations on signature pages*

Plaintiffs-Appellees hereby request, and Defendants-Appellants do not oppose, a 30-day extension of time to file the Answering Brief in this Court.

On May 23, 2025, Defendants filed this appeal of the District Court's May 22 Order Granting Preliminary Injunction. Defendants filed an emergency motion for a stay pending appeal, which this Court denied on May 30, 2025. *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, 139 F.4th 1020 (9th Cir. 2025). Defendants then applied to the United States Supreme Court for a stay pending appeal, which the Supreme Court granted on July 8, 2025. *Trump v. Am. Fed'n of Gov't Emps.*, Case No. 24A1174, 2025 WL 1873449, at *1 (U.S. Jul. 8, 2025).

Plaintiffs' Answering Brief was originally due on July 18, 2025, and that deadline was extended to August 1, 2025, on Plaintiffs' previous motion, filed shortly after the Supreme Court's stay. Dkts. 20, 21.

Plaintiffs now respectfully request a further 30-day extension, making the Answering Brief deadline September 2, 2025 (accounting for this Court's Labor Day holiday). Good cause exists for the requested extension to allow Plaintiffs additional time to analyze and address the impact of the Supreme Court stay order (as well as other recent Supreme Court decisions, including *Trump v. CASA, Inc.*, 145 S. Ct. 2540 (2025)) on this appeal and/or the underlying preliminary injunction.

-1-

This extension will not prejudice the parties, as the preliminary injunction that is the subject of this appeal is currently stayed and will remain so not only through the pendency of this appeal, but also pending the disposition of a petition for a writ of certiorari to the Supreme Court, and the judgment if the writ is granted. *Trump v. Am. Fed'n of Gov't Emps.*, 2025 WL 1873449, at *1.

Moreover, during the pendency of this appeal, litigation has continued in the District Court and now in this Court. *See* Case No. 25-4476 (filed July 21, 2025). As a result, counsel for Plaintiffs who are the principal drafters of this brief have numerous deadlines in this case as well as other cases. Decl. of Stacey M. Leyton ("Leyton Decl.") ¶¶8-11. In particular, the issue of whether Defendants must respond to pending expedited discovery has been the subject of litigation in the District Court, requiring multiple substantive filings last week and this week (*e.g.*, D. Ct. Doc. 209, 213, 218), and Plaintiffs' opposition to Defendants' motion to dismiss (D. Ct. Doc. 216) is presently due August 4, 2025. In addition, Defendants have now filed an emergency motion for a stay pending consideration of Defendants' newly filed mandamus petition in this Court, to which Plaintiffs will need to respond (by July 31, 2025 per this Court's rules, or potentially sooner if the Court sets a briefing schedule). Case No. 25-4476 (filed July 21, 2025); Fed. R. App. P. 27(a)(3)(A); Leyton Decl. ¶8. Counsel also have multiple upcoming deadlines in other cases. *See* Leyton Declaration ¶¶9-11.

-2-

Defendants consent to Plaintiffs' requested extension. Leyton Decl. ¶12.

For good cause shown, as set forth herein and in the accompanying Leyton Declaration, Plaintiffs respectfully request that the deadline for their Answering Brief be extended from August 1, 2025 to September 2, 2025.

DATED: July 23, 2025      Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Alice X. Wang
Robin S. Tholin
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151

By: */s/ Stacey M. Leyton*

*Attorneys for Plaintiff-Appellee Organizations*[1]

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION

---

[1] Plaintiff-Appellee Organizations are the American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO; Service Employees International Union, AFL-CIO (SEIU); AFGE Local 1122; AFGE Local 1236; AFGE Local 2110; AFGE Local 3172; SEIU Local 521; SEIU Local 1000; SEIU Local 1021; Alliance of Retired Americans; American Geophysical Union; American Public Health Association; Center for Taxpayer Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main Street Alliance; Natural Resources Defense Council, Inc. (NRDC); Northeast Organic Farming Association, Inc; VoteVets Action Fund Inc.; and Western Watersheds Project.

P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

By: */s/ Elena Goldstein*

*Attorneys for Plaintiff-Appellee Organizations
(except NRDC) and for City of Chicago, IL;
Martin Luther King, Jr. County, WA; Harris
County, TX; and City of Baltimore, MD*

David Chiu
City Attorney
Yvonne R. Meré
Chief Deputy City Attorney
Mollie M. Lee
Chief of Strategic Advocacy
Sara J. Eisenberg
Chief of Complex and Affirmative Litigation
Molly J. Alarcon
Alexander J. Holtzman
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff-Appellee City and County of
San Francisco*

Tony LoPresti
COUNTY COUNSEL
Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra
Hannah M. Godbey

-4-

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel.: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*  _____

*Attorneys for Plaintiff-Appellee County of Santa Clara, Calif.*

## FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(f), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.


Dated: July 23, 2025                /s/ Stacey M. Leyton
                                    Stacey M. Leyton