UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants - Appellants. | No. 25-3293<br><br>D.C. No.<br>3:25-cv-03698-SI<br>Northern District of California, San Francisco<br><br>ORDER |
| IN Re DONALD J. TRUMP<br><br>______________________________<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>Respondent,<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | No. 25-4476<br><br>D.C. No.<br>3:25-cv-03698-SI<br>Northern District of California, San Francisco<br><br>ORDER |

Real Parties in Interest.

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

The court will hear oral argument in these cases on August 21, 2025, at 10:00 A.M. PDT. Each side shall have 30 minutes for argument. The hearing will be conducted remotely, with judges and counsel appearing by video.

The parties should be prepared to discuss the following:

1. The government's petition for a writ of mandamus. Dkt. No. 1, No. 25-4476.
2. The government's emergency motion for a stay pending consideration of the mandamus petition. Dkt. No. 1, No. 25-4476.
3. The plaintiffs' motion to remand. Dkt. No. 27, No. 25-3293.